

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP

PLEASE REPLY TO:
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100

October 7, 2015

Chambers of the Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

    Re:    Debtor: Roy Albers aka Roy L. Albers
             Case No.: 15-22732-rdd
             Our File No.: 01-060666-B00
             Loan No.: ending 4048 (1st mtg)

Dear Judge Drain:

This firm represents Hudson City Savings Bank, FSB c/o Bank of America, NA (hereinafter "BANA"), a secured creditor in connection with the above-referenced loss mitigation matter. Please allow this letter to serve as a status update.

On September 30, 2015 our office received a completed RMA form, 4506T, pay stubs and 2013 tax returns from debtors' counsel. Earlier today, we were advised by BANA that, upon completion of their review of these documents, the following items are needed:

    (i)    Borrower and Co Borrower to provide 2014 Tax Returns, signed and dated, with all pages and Schedules;
    (ii)   Borrower and Co Borrower to provide all asset account statements, with all pages even if blank, and bank statements for the accounts listed as direct deposit on paystubs; and
    (iii)  Borrower and Co Borrower to provide SSI award letter or proof of receipt.

We have advised Debtor's Counsel of the above-listed items and advised that we will not oppose a request to adjourn the upcoming Status Conference, presently scheduled for October 14, 2015, as we await these items to be received.

Very truly yours,
Frenkel Lambert Weiss Weisman & Gordon, LLP

BY: _____
      Richard Postiglione, Esq.
      Counsel to Secured Creditor

cc:    Roy Albers aka Roy L. Albers, Debtor
       H. Bruce Bronson, Jr., Esq., Counsel for the Debtor

NYC OFFICE:
61 BROADWAY, SUITE 2020
NEW YORK, NY 10006-2700
TEL: (212) 344-3100

WWW.FLWLAW.COM

NJ OFFICE:
80 MAIN STREET
WEST ORANGE, NJ 07052
TEL: (973) 325-8800