# EXHIBIT B

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Roy Albers**
11 Flanders Lane
Cortlandt Manor, NY 10567

| Invoice Date | Invoice Number |
|---|---|
| 06/27/2017 | 20159 |
| | **Service Through** |
| | 06/27/2017 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 33.40 hrs |
| **Total Service** | $7,146.00 |
| **Total Expenses** | $222.32 |
| **Total Invoice Amount** | $7,368.32 |
| **Balance (Amount Due)** | **$5,868.32** |

**In Reference To: Loss Mitigation**

**Service**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/13/2015 | HBB | **Draft:** Prepare loss mitigation order | 0.50 | $ 375.00/hr | $187.50 |
| 07/13/2015 | CO | **Loss Mitigation:** Called Chambers got Date for LM Order- gave date to Attorney | 0.20 | $ 90.00/hr | $18.00 |
| 07/13/2015 | HBB | **Loss Mitigation:** Submit LM order to chambers | 0.20 | $ 375.00/hr | $75.00 |
| 07/22/2015 | CO | **Loss Mitigation:** Served Loss Mit Order | 0.30 | $ 90.00/hr | $27.00 |
| 07/22/2015 | CO | **Loss Mitigation:** Received Creditors Loss mitigation Affidavit; Reviewed; email to Debtor requesting documents | 0.50 | $ 90.00/hr | $45.00 |
| 08/28/2015 | CO | **Loss Mitigation:** Follow up Email to Debtor regarding documnts for Loss Mitgiation | 0.10 | $ 90.00/hr | $9.00 |
| 08/31/2015 | CO | **Loss Mitigation:** received Documents from Debtors Wife, reviwed; prepared package; still waiting on recent paystubs from Client | 1.20 | $ 90.00/hr | $108.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Roy Albers**
11 Flanders Lane
Cortlandt Manor, NY 10567

| Invoice Date | Invoice Number |
|---|---|
| 06/27/2017 | 20159 |
| | **Service Through** |
| | 06/27/2017 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/14/2015 | CO | **Loss Mitigation:** Follow up email with Debtor regarding missing paystubs & ssi letters | 0.10 | $ 90.00/hr | $9.00 |
| 09/14/2015 | CO | **Loss Mitigation:** Receieved Paystubs from Debtor; reviewed; still missing bank statements; recent SSI award letter; requested same from Debtor | 0.40 | $ 90.00/hr | $36.00 |
| 09/30/2015 | CO | **Loss Mitigation:** Received Missing Items; updated package; HBB to review and then will submit to bank | 0.70 | $ 90.00/hr | $63.00 |
| 09/30/2015 | HBB | **Loss Mitigation:** Review of Loss Mitigaiton package- okay to submit | 0.50 | $ 375.00/hr | $187.50 |
| 10/07/2015 | HBB | **Loss Mitigation:** Review of Status letter filed by Frankel Lambert Weiss- Attorneys for BOA (1st and 2nd Mtg)- 2nd mtg now being handled by Prober and Raphael;reviewed Prober and Raphael filed status letter stating 2nd BOA mortgage was charged off and they are not seeking any payments at this time | 0.70 | $ 375.00/hr | $262.50 |
| 10/09/2015 | HBB | **Loss Mitigation:** Email to Prober and Raphael (2nd Mtg BOA Attorneys) regarding handling of 2nd Mortgage in Chapter 13 Plan now that is is charged off | 0.30 | $ 375.00/hr | $112.50 |
| 10/12/2015 | HBB | **Loss Mitigation:** Prepared and Filed status letter regarding Loss Mit with 1st Mortgage and 2nd Mortgage Being charged off | 0.60 | $ 375.00/hr | $225.00 |
| 10/13/2015 | CO | **Loss Mitigation:** Prepared Loss Mit adjournment letter and Order | 0.40 | $ 90.00/hr | $36.00 |
| 10/28/2015 | HBB | **Loss Mitigation:** Review of Bank Status letter- re: Missing Docs and Investor Restrictions for Modificaiton | 0.50 | $ 375.00/hr | $187.50 |
| 10/29/2015 | CO | **Loss Mitigation:** Requested Missing Docs as per status letter; Debtor sent back information immediatley, forwarded same to BOA Attorneys | 0.70 | $ 90.00/hr | $63.00 |
| 10/30/2015 | HBB | **Loss Mitigation:** Prepared Status Letter; | 0.30 | $ 375.00/hr | $112.50 |



**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net

**Roy Albers**
11 Flanders Lane
Cortlandt Manor, NY 10567

| Invoice Date | Invoice Number |
|---|---|
| 06/27/2017 | 20159 |
|  | **Service Through** |
|  | 06/27/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 11/03/2015 | CO | **Loss Mitigation:** provided status and documents for Attorney Audrey Parama for Loss Mit hearing scheduled for 11/4/2015 | 0.80 | $ 90.00/hr | $72.00 |
| 11/06/2015 | CO | **Loss Mitigation:** Received Missing Docs Request from BOA Counsel- requested same from Debtor [ LOE re: pension/retirement income, current ssi award letters] | 0.60 | $ 90.00/hr | $54.00 |
| 12/17/2015 | CO | **Loss Mitigation:** follow up email with debtor re: missing requested docs | 0.10 | $ 90.00/hr | $9.00 |
| 12/22/2015 | CO | **Loss Mitigation:** docs recived from debtor; reviewed and forwarded to bank | 0.40 | $ 90.00/hr | $36.00 |
| 01/08/2016 | HBB | **Loss Mitigation:** reviewed bank status letter | 0.10 | $ 375.00/hr | $37.50 |
| 01/12/2016 | CO | **Loss Mitigation:** Prepared adjournment letter and adjournment order; followed up with Debtor re: missing items | 0.60 | $ 90.00/hr | $54.00 |
| 01/29/2016 | CO | **Loss Mitigation:** followed up with Debtor re: missing items | 0.10 | $ 90.00/hr | $9.00 |
| 02/26/2016 | CO | **Loss Mitigation:** followed up with Debtor re: missing items | 0.10 | $ 90.00/hr | $9.00 |
| 04/06/2016 | HBB | **Loss Mitigation:** Review of Banks Status letters- Both Requested Loss Mitigation be terminated | 0.40 | $ 375.00/hr | $150.00 |
| 04/16/2016 | HBB | **Loss Mitigation:** Email to Debtor regarding Loss Mitgaiton- New Package needs to be submitted ASAP | 0.10 | $ 375.00/hr | $37.50 |
| 04/18/2016 | CO | **Loss Mitigation:** Requested All Updated Financials to provide to BOA for review | 0.20 | $ 90.00/hr | $18.00 |
| 05/02/2016 | CO | **Loss Mitigation:** Received All updated financials from Debtor; reviewed- will prepare package | 0.40 | $ 90.00/hr | $36.00 |
| 05/09/2016 | CO | **Loss Mitigation:** prepared all new package- HBB to review- then will submit | 0.80 | $ 90.00/hr | $72.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Roy Albers**
11 Flanders Lane
Cortlandt Manor, NY 10567

| Invoice Date | Invoice Number |
|---|---|
| 06/27/2017 | 20159 |
|  | **Service Through** |
|  | 06/27/2017 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/09/2016 | HBB | **Loss Mitigation:** Reviewed updated package- okay to submit | 0.50 | $ 375.00/hr | $187.50 |
| 05/10/2016 | CO | **Loss Mitigation:** Prepared for Hearing 5/11/2017- prepared timeline, all submissions, all status letters for HBB | 1.00 | $ 90.00/hr | $90.00 |
| 05/11/2016 | HBB | **Loss Mitigation:** apprearence at loss mitigaiton hearing | 1.00 | $ 375.00/hr | $375.00 |
| 05/11/2016 | HBB | **Loss Mitigation:** prep for loss mit hearing | 0.40 | $ 375.00/hr | $150.00 |
| 05/11/2016 | CO | **Loss Mitigation:** recived MDL from bank with HARD Deadline- relayed same to Debtor- expressed urgency | 0.40 | $ 90.00/hr | $36.00 |
| 05/24/2016 | CO | **Loss Mitigation:** Missing Docs Received from Debtor; forwraded to banks attorneys; bank attorneys requested hardship letter; requested same from Debtor | 0.60 | $ 90.00/hr | $54.00 |
| 06/01/2016 | CO | **Loss Mitigation:** received hardship letter, 2015 tax returns, adn updated SSI award LEtters, and 4506t- forwarded same to attorneys | 0.80 | $ 90.00/hr | $72.00 |
| 06/02/2016 | CO | **Loss Mitigation:** MDL from BOA counsel: LOE re: largee deposit in Wife's account; requested same from Debtor | 0.20 | $ 90.00/hr | $18.00 |
| 06/17/2016 | CO | **Loss Mitigation:** received LOE from Debtor; reviewed; provided same to banks counsel | 0.40 | $ 90.00/hr | $36.00 |
| 07/15/2016 | HBB | **Loss Mitigation:** Received Trial Mod; reviewed; forwarded same to Debtor | 0.80 | $ 375.00/hr | $300.00 |
| 07/19/2016 | HBB | **Loss Mitigation:** Requested payment breakdown (PITI?) from BOA counsel | 0.10 | $ 375.00/hr | $37.50 |
| 07/21/2016 | HBB | **Loss Mitigation:** Conference with Debtor and wife re: Trial Mod; Debtor will accept | 0.70 | $ 375.00/hr | $262.50 |
| 07/26/2016 | CO | **Loss Mitigation:** Preparation for tomorrow's hearing | 0.70 | $ 90.00/hr | $63.00 |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Roy Albers**
11 Flanders Lane
Cortlandt Manor, NY 10567

| Invoice Date | Invoice Number |
|---|---|
| 06/27/2017 | 20159 |
|  | **Service Through** |
|  | 06/27/2017 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/26/2016 | HBB | **Loss Mitigation:** Preparation hearing | 0.30 | $ 375.00/hr | $112.50 |
| 07/27/2016 | HBB | **Loss Mitigation:** Appearence at Loss Mitigaiton hearing | 1.00 | $ 375.00/hr | $375.00 |
| 08/25/2016 | HBB | **Loss Mitigation:** Received STip from 2nd Mortgage Attorneys terminating loss mitgaiton and reclassyfing lein as unsecured, Reviewed, signed and sent back... | 1.00 | $ 375.00/hr | $375.00 |
| 09/08/2016 | CO | **Loss Mitigation:** Email from BOA Attorneys; Bank did not reiceve 1st Trial Payment; email to Debtor requesting status- reiceved proof of payment; sent same to BOA | 0.60 | $ 90.00/hr | $54.00 |
| 09/16/2016 | HBB | **Loss Mitigation:** Call with Attorneys Regarding incorrect loan number (Debtor submitted the payment to the Charged off 2nd Mrotgage...BOA to see if they can pull the payment and apply it correctly) | 0.40 | $ 375.00/hr | $150.00 |
| 11/17/2016 | HBB | **Loss Mitigation:** Received Perm Mod- Reviewed; CO to send to Debtors to sign | 1.50 | $ 375.00/hr | $562.50 |
| 11/23/2016 | CO | **Loss Mitigation:** Fed Ex To Debtors with Instructions for Signing Final Mod | 0.60 | $ 90.00/hr | $54.00 |
| 12/16/2016 | CO | **Loss Mitigation:** Scanned and Mailed Fed Ex Signed and Notarized Final Mod to BOA | 0.60 | $ 90.00/hr | $54.00 |
| 01/24/2017 | CO | **Loss Mitigation:** Email from BOA counsel regarding BOA needing updated signed mod- sent out 2nd package to DEbtor with label to send directly to BOA | 0.50 | $ 90.00/hr | $45.00 |
| 02/14/2017 | CO | **Loss Mitigation:** Email from BOA counsel looking for signed mod docs; requested proof of mailing and copy of what was sent- Debtor did not make copy of docs...but did have tracking; tracking shows delivery; sent same to BOA attorneys | 0.80 | $ 90.00/hr | $72.00 |
| 02/28/2017 | CO | **Loss Mitigation:** Email from BOA counsel docs need to be signed again; relayed same to Debtor | 0.30 | $ 90.00/hr | $27.00 |

**Bronson Law Offices PC** 
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net

**Roy Albers**
11 Flanders Lane
Cortlandt Manor, NY 10567

| Invoice Date | Invoice Number |
|---|---|
| 06/27/2017 | 20159 |
|  | **Service Through** |
|  | 06/27/2017 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/2017 | HBB | **Loss Mitigation:** Meeting with Robyn (Debtor's wife and co-owner of residence) to sign Mod docs | 0.20 | $ 375.00/hr | $75.00 |
| 03/04/2017 | HBB | **Loss Mitigation:** Meeting with Debtor Roy to sign Mod docs | 0.30 | $ 375.00/hr | $112.50 |
| 03/06/2017 | CO | **Loss Mitigation:** scanned, copied, and mail via Fed Ex Shipping final mod docs | 0.40 | $ 90.00/hr | $36.00 |
| 03/06/2017 | HBB | **Loss Mitigation:** Call with Attorneys regarding incorrect payment amount | 0.20 | $ 375.00/hr | $75.00 |
| 03/06/2017 | CO | **Loss Mitigation:** Email to Debtor regarding incorrect payment amount | 0.10 | $ 90.00/hr | $9.00 |
| 03/07/2017 | HBB | **Loss Mitigation:** Email to Attorneys regarding "Bill" received by Debtor; this is why he paid a different amount; requested that the Debtor be able to make the difference up in the payments over 3 months; BOA attorneys will look into it | 0.70 | $ 375.00/hr | $262.50 |
| 03/20/2017 | HBB | **Loss Mitigation:** Telephone call with client regarding amount he is behind on payments (after trial payments) which must be made before permanent mod can be signed off --$6,800. | 0.60 | $ 375.00/hr | $225.00 |
| 03/31/2017 | HBB | **Loss Mitigation:** Review of email from BOA attorneys stating the Debtor has until 4/28/2017 to make up the difference in payments so mod can be finalized | 0.40 | $ 375.00/hr | $150.00 |
| 04/28/2017 | CO | **Loss Mitigation:** forwarded proof of April payment plus payment for the difference in the previous mortgage payment | 0.20 | $ 90.00/hr | $18.00 |
| 05/17/2017 | HBB | **Loss Mitigation:** Received Stip for settlement for Modification; reviewed and signed and returned to BOA counsel | 0.70 | $ 375.00/hr | $262.50 |
| 06/27/2017 | HBB | **Fee Applicaiton:** Preparing Fee Application | 1.50 | $ 0.00/hr | No Charge |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Roy Albers**
11 Flanders Lane
Cortlandt Manor, NY 10567

| Invoice Date | Invoice Number |
|---|---|
| 06/27/2017 | 20159 |
|  | **Service Through** |
|  | 06/27/2017 |

**In Reference To: Loss Mitigation**

**Expenses**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 07/22/2015 | CO | **Certificate of Service-mailing:** COS of Loss Mit Order | $22.32 |
| 11/23/2016 | CO | **Mailing/Postage:** Fed Ex: to Debtor with docs to sign | $25.00 |
| 12/16/2016 | CO | **Mailing/Postage:** Fed Ex to BOA with signed mod | $25.00 |
| 06/27/2017 | CO | **Certificate of Service-mailing:** Service of Fee Application | $150.00 |

| | |
|---|---|
| **Total Hours** | 33.40 hrs |
| **Total Service** | $7,146.00 |
| **Total Expenses** | $222.32 |
| **Total Amount** | $7,368.32 |

**Notes:**
HBB-Bruce Bronson, Esq.
CO=Chanel Orgill, paralegal

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 6/27/2017 | Balance Adjustment | Credit of $1,500 for loss mitigation as per the retainer | ($1,500.00) |

**Bronson Law Offices PC**
480 Mamaroneck Ave.
Harrison, NY 10528
Phone: 914-269-2530
Email: hbbronson@bronsonlaw.net



**Roy Albers**
11 Flanders Lane
Cortlandt Manor, NY 10567

| Invoice Date | Invoice Number |
|---|---|
| 06/27/2017 | 20159 |
|  | **Service Through** |
|  | 06/27/2017 |