UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            :
In re:                                      :    Case No. 15-22732 (rdd)
        Roy Albers aka Roy L. Albers        :    Chapter 13
                                            :
                        Debtor              :
_____:

# ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:    __Bank of America as Servicer for Hudson City Savings Bank__

**Property Address**:    ___11 Flanders Lane, Cortlandt Manor, NY 10567_____

**Last Four Digits of Account Number of Loan**:  _4048_____

**File Date of Loss Mitigation request**: 05/23/2015

**Date of Entry of Loss Mitigation Order**: 07/15/2015

**Date of Entry of Order Approving Settlement** (*if any*): 05/31/2017

**Other Requests for Loss Mitigation in this Case**: ___ Yes      _X_ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | | |
|---|---|---|---|
| ✓ | Loan modification | ☐ | Surrender of property |
| ☐ | Short sale | ☐ | No agreement has been reached |
| ☐ | Other: _____ | | |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated: August 8, 2017
        White Plains, New York

                                            */s/ Robert D. Drain*_____
                                            United States Bankruptcy Judge